IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD F. GLOSSENGER, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-287 (KAJ) |
| ) | |
| GREEN VALLEY PAVILION NURSING ) | |
| HOME, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER RE: D.I. 3

The parties hereto, by and through their undersigned counsel and subject to the Court's approval, hereby stipulate and agree to extend the date by which defendant Green Valley Pavilion Nursing Home must answer or respond to the Complaint from August 30, 2006 to September 19, 2006.

Respectfully submitted,

MARGOLIS EDELSTEIN                          BLANK ROME LLP

By /s/ Timothy J. Wilson                    By /s/ Dale R. Dubé
Timothy J. Wilson, Esquire (#4323)          Dale R. Dubé, Esquire (#2863)
1509 Gilpin Avenue                          1201 Market Street, Suite 800
Wilmington, DE 19806                        Wilmington, DE 19801
(302) 777-4680                              (302) 425-6400
twilson@margolisedelstein.com               dube@blankrome.com
Attorneys for Plaintiff                     Attorneys for Defendant

SO ORDERED, this _____ day of _____, 2006

_____
Hon. Kent A. Jordan
United States District Court Judge

900200.00001/40164177v.1