## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD F. GLOSSENGER, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-287 (KAJ) |
| | ) | |
| GREEN VALLEY PAVILION NURSING HOME, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the

admission *pro hac vice* of Christine V. Bonavita, Esquire, to represent Green Valley Pavilion

Nursing Home in this matter.


Dated: September 15, 2006

_Dale R. Dubé_
_____
Dale R. Dubé (I.D. No. 2863)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
dube@blankrome.com


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.


Dated: _____

_____
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of September, 2006, I served by First Class Mail and filed electronically the Motion and Order for Admission Pro Hac Vice and the attached form of order, using CM/ECF which will send notification of such filing(s) to the following:

Timothy J. Wilson, Esquire
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806

*Dale R. Dubé*

Dale R. Dubé

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DONALD F. GLOSSENGER, SR.                  :
                                           :
                    Plaintiff,             :    No. 06-287
                                           :
        v.                                 :
                                           :
GREEN VALLEY PAVILION                      :    Civil Action
NURSING HOME                               :    Jury Trial Demanded
                                           :
                    Defendants.            :
                                           :

## CERTIFICATION

Pursuant to Local Rule 83.5, I, Christine V. Bonavita, do hereby certify that I am eligible

for admission to this Court, am admitted, practicing and in good standing as a member of the Bar

of the Commonwealth of Pennsylvania and the State of New Jersey and pursuant to local Rule

83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs

in the preparation or course of this action.  I also certify that I am generally familiar with this

Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05,

I further certify that the annual fee of $25.00 will be submitted to the clerk's office upon the

filing of this motion.

CHRISTINE V. BONAVITA

043482.00242/11585392v.1