IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD F. GLOSSENGER, SR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 06-287 (KAJ) |
| : | |
| GREEN VALLEY PAVILION : | Jury Trial Demanded |
| NURSING HOME, : | |
| : | |
| Defendants. : | |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Green Valley Pavilion Nursing Home ("Green Valley") certifies as follows:

1. Green Valley is a limited liability company ("LLC").

2. Green Valley does not have a parent corporation.

3. No publicly-held corporation owns 10% or more of Green Valley.

Respectfully submitted,

BLANK ROME LLP

By: /s/ Dale R. Dubé
Dale R. Dubé (I.D. No. 2863)
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6400
Fax: (302) 425-6464
dube@blankrome.com

- and -

                                Christine V. Bonavita
                                Tara G. Perillo
                                BLANK ROME LLP
                                One Logan Square
                                130 N. 18th Street
                                Philadelphia, PA 19103-6998
                                (215) 569-5500
                                bonavita@blankrome.com
                                perillo@blankrome.com

Dated: September 20, 2006

043482.00242/40164685v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2006, I served by First Class Mail and filed electronically DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT, using CM/ECF which will send notification of such filing(s) to the following:

Timothy J. Wilson, Esquire
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806

_/s/ Dale R. Dubé_
Dale R. Dubé