IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD F. GLOSSENGER, SR., | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-287 (KAJ) |
| GREEN VALLEY PAVILION NURSING HOME, | : Jury Trial Demanded |
| Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 7, 2006, Defendant Green Valley Pavilion Nursing Home served its Initial Disclosures upon counsel listed below, by facsimile and Federal Express:

Timothy J. Wilson, Esquire
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806

BLANK ROME LLP

*Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6400
Fax: (302) 425-6464
dube@blankrome.com

- and -

                                                      Christine V. Bonavita
                                                     Tara G. Perillo
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103-6998
(215) 569-5500
bonavita@blankrome.com
perillo@blankrome.com

Dated: November 7, 2006

2

043482.00242/40165493v.1