IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DONALD F. GLOSSENGER, SR.** : | |
| : | |
| **Plaintiff,** : | Civil Action No.: 06- 287 |
| : | |
| v. : | |
| : | **JURY TRIAL DEMANDED** |
| : | |
| **GREEN VALLEY PAVILION** : | |
| **NURSING HOME** : | |
| A Delaware Corporation : | |
| : | |
| **Defendant.** : | |
| : | |

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's Pre-Discovery Disclosures and Certificate of Service* were sent via U.S. Mail postage pre-paid on November 10, 2006 to the following:

Dale R. Dube, Esquire
Blank & Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

                                        MARGOLIS EDELSTEIN

                                        Timothy J. Wilson, Esquire (#4323)
                                        1509 Gilpin Avenue
                                        Wilmington, DE 19806
                                        (302) 777-4680
                                        (303) 777-4682 fax
                                        twilson@margolisedelstein.com

Dated: November 10, 2006            Attorney for Plaintiff

5