IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD F. GLOSSENGER, SR., | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-287 (KAJ) |
| GREEN VALLEY PAVILION NURSING HOME, | : Jury Trial Demanded |
| Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 13, 2006, Defendant Green Valley Pavilion Nursing Home served (1) Defendant's First Set of Interrogatories Directed to Plaintiff Donald F. Glossenger, Sr.; and (2) Defendant's First Request for Production of Documents Directed to Plaintiff Donald F. Glossenger, Sr. upon counsel listed below, by Federal Express:

Timothy J. Wilson, Esquire
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806

BLANK ROME LLP

_Dale R. Dubé_
Dale R. Dubé (I.D. No. 2863)
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6400
Fax: (302) 425-6464
dube@blankrome.com

- and -

043482.00242/40165609v.1

                                                Christine V. Bonavita
                                                Tara G. Perillo
                                                BLANK ROME LLP
                                                One Logan Square
                                                130 N. 18th Street
                                                Philadelphia, PA 19103-6998
                                                (215) 569-5500
                                                bonavita@blankrome.com
                                                perillo@blankrome.com

Dated: November 14, 2006

043482.00242/40165609v.1