## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD F. GLOSSENGER, SR., | : |
| Plaintiff, | : |
| v. | :    C. A. No. 06-287 (KAJ) |
| GREEN VALLEY PAVILION NURSING HOME, | :    Jury Trial Demanded |
| Defendants. | : |

## NOTICE OF DEPOSITION
## OF PLAINTIFF DONALD F. GLOSSENGER, SR.

To:    Timothy J. Wilson, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, Delaware 19806

**PLEASE TAKE NOTICE** that in accordance with Rule 30 of the Federal Rules of Civil Procedure, Defendant Green Valley Pavilion Nursing Home, by and through its undersigned attorneys, will take the oral deposition of **Donald F. Glossenger, Sr**. before a person duly authorized to administer oaths, at the law offices of Blank Rome LLP, Chase Manhattan Centre, 1201 Market Street, Suite 800, Wilmington, DE 19801 on **Friday, January 12, 2007** commencing at 10:30 a.m. and continuing from day to day until completed.

Counsel is invited to participate.

Respectfully submitted,

BLANK ROME LLP


Dale R. Dubé (I.D. No. 2863)
1201 Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6400
Fax: (302) 425-6464
dube@blankrome.com

- and -

Christine V. Bonavita
Tara G. Perillo
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103-6998
(215) 569-5500
bonavita@blankrome.com
perillo@blankrome.com

Dated: November 21, 2006

Attorneys for Green Valley Pavilion
Nursing Home

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2006, I served by First Class Mail and filed electronically the attached **NOTICE OF DEPOSITION OF PLAINTIFF DONALD F. GLOSSENGER, SR.**, using CM/ECF which will send notification of such filing(s) to the following:

>       Timothy J. Wilson, Esquire
>       MARGOLIS EDELSTEIN
>       1509 Gilpin Avenue
>       Wilmington, DE 19806

Dale R. Dubé

043482.00242/11599572v.2