IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD F. GLOSSENGER, SR. | : |
| | : |
| Plaintiff, | : Civil Action No.: 06- 287 |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| | : |
| GREEN VALLEY PAVILION NURSING HOME | : |
| A Delaware Corporation | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's Pre-Discovery Disclosures and Certificate of Service* were sent via U.S. Mail postage pre-paid on December 20, 2006 to the following:

Dale R. Dube, Esquire
Blank & Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

MARGOLIS EDELSTEIN

_____
Timothy J. Wilson, Esquire (#4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(303) 777-4682 fax
twilson@margolisedelstein.com
Attorney for Plaintiff

Dated:  December 20, 2006

5