## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DONALD F. GLOSSENGER, SR            )
                                    )
      **Plaintiff,**                 )
                                    )   **C.A. No. 06-287**
      v.                             )
                                    )   **TRIAL BY JURY DEMANDED**
GREEN VALLEY PAVILION               )
NURSING HOME                        )
      **Defendants.**                )
                                    )

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiff in the above-captioned case,

hereby certifies that two true and correct copies of *Plaintiff's Responses to Defendant's Request*

*for Production of Documents* were served on January 9, 2007 to the following:

Dale R. Dube, Esquire
Christine Bonavita, Esquire
*Blank Rome, LLP*
1202 Market Street,
Suite 800
Wilmington, DE 19801

MARGOLIS EDELSTEIN


Timothy J. Wilson, Esquire (DE #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 facsimile
twilson@margolisedelstein.com
Attorney for Plaintiff