IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD GLOSSENGER, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 06-287 (MPT) |
| GREEN VALLEY PAVILION NURSING HOME, | ) ) ) ) ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Plaintiff Donald F. Glosenger, Sr. and Defendant Green Valley Pavilion Nursing Home (collectively "the parties"), by and through their undersigned counsel and pursuant to the Court's December 19, 2006 Order, respectfully submit this Joint Status Report.

1. **Present Status of Case.** Plaintiff commenced this lawsuit on May 2, 2006 alleging that Defendant unlawfully terminated his employment because of his age, retaliated against him after he filed a charge of discrimination with the Delaware Department of Labor and breached the covenant of good faith and fair dealing implicit in his employment relationship with Defendant. The parties are currently engaging in the discovery process. No additional parties have been joined to this matter nor have the parties amended or supplemented their pleadings.

2. **Outstanding Motions.** None at present

3. **Status of Discovery.** The Parties have exchanged their Rule 26(a)(1) Initial Disclosures. On November 14, 2006, Defendant served Interrogatories and a First Request for Production of Documents upon Plaintiff. Defendant is awaiting documents in response to

Document Request Nos. 16, 19, 20, 21, 22 and 23. Plaintiff has not served any written discovery upon Defendant. The only deposition that has been take is Plaintiff's deposition, which was held on Friday, January 12, 2007. No other depositions are scheduled at this time. Pursuant to the October 20, 2006 Scheduling Order and Federal Rule of Civil Procedure 26(a)(2), the parties were required to file disclosures of expert testimony on or before December 31, 2006. As of this date, neither party has named an expert.

    **4.**    **Pertinent Dates in Original Scheduling Order.**

        a.    Discovery deadline: March 31, 2007;

        b.    Case dispositive Motions: Opening Briefs filed by May 1, 2007 and thereafter according to the Court's Local Rules.

        c.    Final Pretrial Order: September 4, 2007

        d.    Jury instructions, Voir Dire, and Special Verdict Forms: September 28, 2007.

        e.    Pretrial Conference:   October 3, 2007 at 4:30 p.m.

        f.    Trial:   November 5, 2007 through and including November 7, 2007 (three day jury trial). Each side has been allocated 7.5 hours per day to present their case.

    **5.**    **Mediation.** The case has not been scheduled for mediation. On December 19, 2006, the Court issued an Order whereby the teleconference scheduled for January 3, 2007 to discuss Alternative Dispute Resolution was cancelled. The parties desire to engage in alternative dispute resolution, including mediation.

    **6.**    **Settlement.** The parties have discussed the possibility for a settlement, but Plaintiff has not made any formal offers as of the date of this Joint Status Report. The parties intend to engage in informal settlement discussions in the very near future.

2

| | |
|---|---|
| /s/ Timothy Wilson | /s/ Dale R. Dube |
| Timothy Wilson, Esquire (4323) | Dale R. Dube, Esquire (2863) |
| Attorney for Plaintiff | Christine V. Bonavita, Esquire |
| MARGOLIS EDELSTEIN | Tara G. Perillo, Esquire |
| 1509 Gilpin Avenue | Attorneys for Defendant |
| Wilmington, DE 19806 | BLANK ROME LLP |
| (302) 777-4680 | 1201 Market Street, Suite 800 |
| twilson@margolisedelstein.com | Wilmington, DE 19801 |
| | (302) 425-6400 |
| | dube@blankrome.com |

Dated: *January 23, 2007*