

**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:  (302) 425-6467
Fax:    (302) 428-5108
Email:  dube@blankrome.com

February 7, 2007

**BY CM/ECF AND HAND DELIVERY**

The Honorable Mary Pat Thynge
U.S. District Court for the District of Delaware
844 King Street
U.S. Courthouse
Wilmington, DE 19801

       Re:   *Donald F. Glossenger, Sr. v. Green Valley Pavilion Nursing Home*;
             **Civil Action No. 06-287-MPT**

Your Honor:

    The purpose of this letter is to notify you that the parties wish to proceed with mediation before Your Honor on March 7, 2007, beginning at 9:00 a.m. This is also to advise Your Honor that, if mediation is not successful, the parties wish to proceed with a jury trial before the unassigned judge.

    Counsel is available by telephone, should Your Honor have any questions.

                                           Respectfully,

                                           Dale Dubé

                                           Dale R. Dubé
                                           Counsel for Defendant Green Valley
                                             Pavilion Nursing Home

DRD:pb
cc:    Clerk of Court (by CM/ECF)
        Timothy J. Wilson, Esquire (by CM/ECF and First Class Mail)
        Christine V. Bonavita, Esquire
        Tara G. Perillo, Esquire