IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD F. GLOSSENGER, SR | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-287 |
| v. | ) |
| | ) TRIAL BY JURY DEMANDED |
| GREEN VALLEY PAVILION | ) |
| NURSING HOME | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF SERVICE**

I, Timothy J. Wilson, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certifies that two true and correct copies of *Plaintiff's Supplement Responses to Defendant's Requests for Production of Documents* were sent on February 13, 2007 to the following:

Dale R. Due, Esquire
1202 Market Street,
Suite 800
Wilmington, DE 19801

MARGOLIS EDELSTEIN

Timothy J. Wilson, Esquire (DE #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 facsimile
twilson@margolisedelstein.com
Attorney for Plaintiff