IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD F. GLOSENGER, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-287 |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| GREEN VALLY PAVILION | ) | |
| NURSING HOME | ) | |
| A Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two (2) true and correct copies of the foregoing *Plaintiff's First Set of Interrogatories Directed to Defendant* were hand delivered on February 26, 2007, to the following:

Dale R. Dube, Esquire
BLANK ROME LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801-4226
*Attorney for Defendant*

MARGOLIS EDELSTEIN

_____
Timothy J. Wilson, Esquire (DE #4323)
1509 Gilpin Avenue
Wilmington, DE  19806
(302) 777-4680
twilson@margolisedelstein.com
*Attorney for Plaintiff*

11