IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD F. GLOSSENGER, SR., | : |
| | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-287 (JJF) |
| | : |
| GREEN VALLEY PAVILION NURSING HOME, | : |
| | : |
| Defendants. | : |

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL, WITH PREJUDICE**

All of the parties to the above-captioned action, by and through their undersigned counsel, hereby agree and stipulate to its dismissal, with prejudice, and with each party to bear his or its own costs.

Respectfully submitted,

/s/ Timothy J. Wilson
Timothy J. Wilson (I.D. No. 4323)
MARTIN & WILSON, P.A.
1508 Pennsylvania Avenue
Wilmington, DE 19806

*Attorney for Plaintiff*
*Donald F. Glossenger, Sr.*

/s/ Dale R. Dubé
Dale R. Dubé (I.D. No. 2863)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

*Attorney for Defendant*
*Green Valley Pavillion Nursing Home*

SO ORDERED this _____ day of _____, 2008.

_____
Hon. Joseph J. Farnan, Jr.
United States District Judge



Phone:  (302) 425-6467
Fax:    (302) 428-5108
Email:  dube@blankrome.com

April 14, 2008

**BY CM/ECF AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

           Re:    **Donald F. Glossenger, Sr. v. Green Valley Pavilion Nursing Home
                   Civil Action No. 06-287-JJF**

Your Honor:

      Enclosed is a courtesy copy of the Stipulation and [Proposed] Order of Dismissal, with Prejudice that was filed today to close out the above-captioned action. The parties respectfully request that the Court approve the Stipulation, at the Court's earliest convenience.

                                              Respectfully submitted,

                                              Dale R. Dubé

DRD:tgp
Enclosure
cc:    Clerk of Court (by CM/ECF)
       Timothy J. Wilson, Esquire (by CM/ECF and First Class Mail)
       Christine V. Bonavita, Esquire
       Tara Perillo La Fiura, Esquire