IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD F. GLOSSENGER, SR., | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-287 (JJF) |
| GREEN VALLEY PAVILION NURSING HOME, | : |
| Defendants. | : |

**STIPULATION AND [** **ORDER FOR DISMISSAL, WITH PREJUDICE**

All of the parties to the above-captioned action, by and through their undersigned counsel, hereby agree and stipulate to its dismissal, with prejudice, and with each party to bear his or its own costs.

Respectfully submitted,

/s/ Timothy J. Wilson
Timothy J. Wilson (I.D. No. 4323)
MARTIN & WILSON, P.A.
1508 Pennsylvania Avenue
Wilmington, DE 19806

*Attorney for Plaintiff*
*Donald F. Glossenger, Sr.*

/s/ Dale R. Dubé
Dale R. Dubé (I.D. No. 2863)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

*Attorney for Defendant*
*Green Valley Pavillion Nursing Home*

SO ORDERED this 15 day of April, 2008.

Hon. Joseph J. Farnan, Jr.
United States District Judge

043482.00242/40174265v.1